| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF WEST VIRGINIA |
| Case number *(if known)* _____   Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **WILLIAMSON MEMORIAL HOSPITAL, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **55-0592845** |
| 4. | **Debtor's address** | **Principal place of business**  **859 ALDERSON STREET**  **Williamson, WV 25661**  Number, Street, City, State & ZIP Code  **Mingo**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **WILLIAMSON MEMORIAL HOSPITAL, LLC** _____   Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____   When _____   Case number, if known _____

Debtor  **WILLIAMSON MEMORIAL HOSPITAL, LLC** _____  Case number (*if known*)_____
   Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* <br> ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** (*Check all that apply.*) <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>  What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br> **Where is the property?** _____ <br>  Number, Street, City, State & ZIP Code <br> **Is the property insured?** <br> ☐ No <br> ☐ Yes. Insurance agency _____ <br>    Contact name _____ <br>    Phone _____ |

■ **Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:* <br> ■ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. Estimated number of creditors | ☐ 1-49 <br> ■ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than 100,000 |
|---|---|---|---|
| 15. Estimated Assets | ☐ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ■ $1,000,001 - $10 million <br> ☐ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ■ $1,000,001 - $10 million <br> ☐ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |

Debtor  **WILLIAMSON MEMORIAL HOSPITAL, LLC**                                    Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 21, 2019**
              MM / DD / YYYY

X **/s/ Sam Kapourales**                                    **Sam Kapourales**
  Signature of authorized representative of debtor            Printed name

Title  **Manager**

**18. Signature of attorney**

X **/s/ John F Leaberry**                                    Date **October 21, 2019**
  Signature of attorney for debtor                                MM / DD / YYYY

**John F Leaberry**
Printed name

**Law Office of John Leaberry**
Firm name

**167 Patrick Street**
**Lewisburg, WV 24901**
Number, Street, City, State & ZIP Code

Contact phone  **304-645-2025**      Email address  **leaberry01@yahoo.com**

**2168 WV**
Bar number and State

Fill in this information to identify the case:

Debtor name: **WILLIAMSON MEMORIAL HOSPITAL, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF WEST VIRGINIA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AllStar RecruitingLocums 800 Fairway Dr Ste 300 Deerfield Beach, FL 33441 | | Trade debt | | | | $377,164.00 |
| Appalachian PWR ONE RIVERSIDE PLAZA Columbus, OH 43215 | | Trade debt | | | | $73,489.00 |
| Arnett Carbis Toothman CPA 101 Washington Street, East Charleston, WV 25329 | | Professional services | | | | $31,459.00 |
| Beckman Coulter 5350 Lakeview Pkwy S Dr Indianapolis, IN 46268 | | Trade debt | | | | $31,581.00 |
| Canon Medical Systems USA, Inc. 2441 Michelle Drive Tustin, CA 92780 | | Trade debt | | | | $27,579.00 |
| CHS PSC 4000 Meridian Boulevard Franklin, TN 37067 | | Trade debt | | | | $651,124.00 |
| Fisher Scientific 168 3rd Ave Waltham, MA 02451 | | Trade debt | | | | $47,579.00 |
| GE Healthcare Equip 101 Carnegie Ctr, Princeton, NJ 08540 | | Trade debt | | | | $34,648.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **WILLIAMSON MEMORIAL HOSPITAL, LLC**
     Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Meditech**<br>MEDITECH Circle<br>Westwood, MA 02090 | | Trade debt | | | | $225,000.00 |
| **Metlife**<br>11225 NORTH COMMUNITY HOUSE ROAD<br>Charlotte, NC 28277 | | Trade debt | | | | $113,190.00 |
| **Ohio Valley Physicians**<br>601 20th St<br>Huntington, WV 25703 | | Trade debt | | | | $486,145.00 |
| **Olympus Financial Services**<br>3500 Corporate Pkwy<br>Center Valley, PA 18034 | | Trade debt | | | | $46,054.00 |
| **Owens and Minor**<br>P.O. Box 27626<br>Richmond, VA 23261-7626 | | Trade debt | | | | $65,914.00 |
| **Patient Safe Solutions**<br>9330 Scranton Road, Suite 325<br>San Diego, CA 92121 | | Trade debt | | | | $23,014.00 |
| **Phillips Healthcare**<br>3000 Minuteman Rd<br>Andover, MA 01810 | | Trade debt | | | | $24,375.00 |
| **Phillips Med Capital**<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | | Trade debt | | | | $51,234.00 |
| **Radiology Inc**<br>5221 U S Route 60 E<br>Huntington, WV 25705 | | Trade debt | | | | $23,900.00 |
| **SCC Soft Computor**<br>5400 Tech Data Drive<br>Clearwater, FL 33760 | | Trade debt | | | | $39,997.00 |
| **Siemans Healthcare Diagnostics**<br>511 Benedict Avenue<br>Tarrytown, NY 10591-5097 | | Trade debt | | | | $63,963.00 |

Debtor **WILLIAMSON MEMORIAL HOSPITAL, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Winthrop Resources corp**<br>**11100 Wayzata Blvd Ste 800**<br>**Hopkins, MN 55305** | | **Trade debt** | | | | **$28,467.00** |

AllStar RecruitingLocums
800 Fairway Dr Ste 300
Deerfield Beach, FL 33441


Appalachian PWR
ONE RIVERSIDE PLAZA
Columbus, OH 43215


Arnett Carbis Toothman CPA
101 Washington Street, East
Charleston, WV 25329


Beckman Coulter
5350 Lakeview Pkwy S Dr
Indianapolis, IN 46268


Canon Medical Systems USA, Inc.
2441 Michelle Drive
Tustin, CA 92780


CHS PSC
4000 Meridian Boulevard
Franklin, TN 37067


Fisher Scientific
168 3rd Ave
Waltham, MA 02451


GE Healthcare Equip
101 Carnegie Ctr,
Princeton, NJ 08540


Meditech
MEDITECH Circle
Westwood, MA 02090


Metlife
11225 NORTH COMMUNITY HOUSE ROAD
Charlotte, NC 28277


Ohio Valley Physicians
601 20th St
Huntington, WV 25703

Olympus Financial Services
3500 Corporate Pkwy
Center Valley, PA 18034


Owens and Minor
P.O. Box 27626
Richmond, VA 23261-7626


Patient Safe Solutions
9330 Scranton Road, Suite 325
San Diego, CA 92121


Phillips Healthcare
3000 Minuteman Rd
Andover, MA 01810


Phillips Med Capital
1111 Old Eagle School Road
Wayne, PA 19087


Radiology Inc
5221 U S Route 60 E
Huntington, WV 25705


SCC Soft Computor
5400 Tech Data Drive
Clearwater, FL 33760


Siemans Healthcare Diagnostics
511 Benedict Avenue
Tarrytown, NY 10591-5097


Winthrop Resources corp
11100 Wayzata Blvd Ste 800
Hopkins, MN 55305

# United States Bankruptcy Court
## Southern District of West Virginia

In re  **WILLIAMSON MEMORIAL HOSPITAL, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **WILLIAMSON MEMORIAL HOSPITAL, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 21, 2019**  
Date

**/s/ John F Leaberry**  
**John F Leaberry**  
Signature of Attorney or Litigant  
Counsel for  **WILLIAMSON MEMORIAL HOSPITAL, LLC**  
**Law Office of John Leaberry**  
**167 Patrick Street**  
**Lewisburg, WV 24901**  
**304-645-2025 Fax:888-469-6631**  
**leaberry01@yahoo.com**