**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**In re:**

|  |  |
|---|---|
| **Williamson Memorial Hospital, LLC,** | **Case No. 19-20469** |
| **Debtor** | **Chapter 11** |

AFFIDAVIT OF DISINTEREST OF COUNSEL FOR DEBTOR

STATE OF WEST VIRGINIA,

COUNTY OF GREENBRIER, to-wit

John F. Leaberry, being first duly sworn, deposes and states the following:

1. My name is John F. Leaberry. I am over twenty-one years of age, of sound mind and am qualified to make this affidavit. I have personal knowledge of the facts stated herein except to the extent that the same are stated to be upon information and belief, in which case I believe such facts to be true based upon reasonable investigation.

2. I am a member of the Leaberry Law Firm in Lewisburg, West Virginia.

3. This affidavit is submitted pursuant to Bankruptcy Rule 2014(a) in support of the application (the "Application") of Williamson Memorial Hospital, LLC (the "Debtor") pursuant to 11 U.S.C. §§ 327(a), 328(a) and 329, and Bankruptcy Rules 2014 and 2016, for authority to employ and compensate John F. Leaberry and the Leaberry Law Firm as counsel to the Debtor with respect to all matters arising in or relating to this bankruptcy case.

4. I will be the attorney who will bear primary responsibility for representing the Debtor in this bankruptcy case. I have read and am generally familiar with the Bankruptcy Code, the Bankruptcy Rules and the local rules of this Court.

5. I believe that John F. Leaberry and Leaberry Law Firm are competent to represent the interests of the Debtor in this bankruptcy case.

6. The terms of employment and compensation set forth herein and in the application are consistent with employment and compensation arrangements typically entered into by John F. Leaberry and Leaberry Law Firm and by other firms of similar size and stature for the performance of similar services.

7. To the best of my knowledge, information and belief, neither I nor the Leaberry Law Firm
   hold or represent any interest adverse to the estate of the Debtor, its creditors, or any other
   parties-interests under the Bankruptcy Code.

8. To the best of my knowledge, information and belief, no actual conflict of interest exists at
   this time with respect to the representation by John F. Leaberry and Leaberry Law Firm of
   the Debtor.

9. Upon entry of the Order on Debtor's Application to Employ Counsel, I will file fee
   applications pursuant to 11 U.S.C. § 331, the Federal Rules of Bankruptcy Procedure and this
   Court's Local Rules.

Further the affiant sayeth not.

John F. Leaberry (WV Bar# 2168)
Leaberry Law Firm PLLC

### ACKNOWLEDGEMENT

STATE OF WEST VIRGINIA

COUNTY OF GREENBRIER COUNTY

The undersigned, a notary public in and for said state, does hereby certify that John F. Leaberry,
who is personally known to me and whose name is signed to the writing above, has this day
acknowledged the same before me.

Given under my hand this 17th day of October 2019.

My commission expires: 11-2-19

Notary Public Signature

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KIMBERLY SPENCER
PO BOX 105
MAXWELTON, WEST VIRGINIA 24957
MY COMMISSION EXPIRES NOVEMBER 2, 2019