## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re:

WILLIAMSON MEMORIAL HOSPITAL, LLC,      CASE NO.: 2:19-BK-20469

      Debtors.                            Chapter 11
                                                Judge: Frank W. Volk

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE

      The undersigned, Sarah A. Walling of Jenkins Fenstermaker, PLLC, hereby files this Notice of Appearance and Request for Service as counsel for Ohio Valley Physicians, Inc., a creditor in the above-styled case, and requests that her name and address, as shown below, be added to the A matrix and B matrix in the above styled case and every list of any other selected groups of persons to whom any notice is given in this case. The undersigned further requests that all orders, notices, motions, operating reports, applications, schedules, requests, complaints, answers, demands, replies, disclosure statements, plans of reorganization and every other pleading and response thereto, including any amendment, whether formal or informal, written or oral, by mail, delivered, telecopies or otherwise, be served upon her at the following address:

                      Sarah A. Walling, Esquire
                      JENKINS FENSTERMAKER, PLLC
                      P.O. Box 2688
                      Huntington, WV  25726-2688
                      saw@jenkinsfenstermaker.com

                      Thomas E. Scarr, Esq.
                      JENKINS FENSTERMAKER, PLLC
                      P.O. Box 2688
                      Huntington, WV  25726-2688
                      tes@jenkinsfenstermaker.com

/s/ Sarah A. Walling, Esquire
Thomas E. Scarr, Esq. (WVSB #3279)
Sarah A. Walling, Esquire (WVSB #11407)
JENKINS FENSTERMAKER, PLLC
P.O. Box 2688
Huntington, WV  25726-2688
Telephone: 304-523-2100

## CERTIFICATE OF SERVICE

I, Sarah A. Walling, do hereby certify that on October 29, 2019, I filed the foregoing

Notice of Appearance and Request for Service with the Clerk of the Court using the

CM/ECF service, which will send notification of such filing to all counsel of record.

_____/s/ Sarah A. Walling_____