2/1/2013

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

In re:

    **WILLIAMSON**                                    Case No. 2:19-bk-20469
    **MEMORIAL HOSPITAL, LLC,**         Chapter 11
                          **Debtor.**

## STATEMENT OF VISITING ATTORNEY
## AND DESIGNATION OF LOCAL COUNSEL
## FOR BANKRUPTCY MATTERS

    John M. Craig
    Law Firm of Russell R. Johnson III, PLC                    VA 32977
***Name of Visiting Attorney and firm name***                              ***Bar ID number***

    Appalachian Power Company
***Name of party represented***

    The Virginia State Bar
    1111 East Main Street, Suite 700
    Richmond, VA 23219-3565
***Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing***

    Law Firm of Russell R. Johnson III. PLC
    2258 Wheatlands Drive
    Manakin-Sabot, Virginia  23103
***Visiting Attorney's office address***

| (804) 749-8861 | (804) 749-8862 | john@russelljohnsonlawfirm.com |
|---|---|---|
| **Visiting Attorney's Office telephone number** | **Visiting Attorney's Office fax number** | **Visiting Attorney's Email address** |

2/1/2013

| W. Bradley Sorrells    Robinson & McElwee PLLC | 4991 |
|---|---|
| **Name of Sponsoring Attorney and firm name** | **WV Bar ID number** |

Robinson & McElwee PLLC
700 Virginia Street East
Charleston, WV 25301
**Sponsoring Attorney's office address**

| 304-347-8343 | 303-344-9566 | wbs@ramlaw.com |
|---|---|---|
| **Sponsoring Attorney's Office telephone number** | **Sponsoring Attorney's Office fax number** | **Sponsoring Attorney's Email address** |

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

| **29 October 2019** | **/s/   John M. Craig** |
|---|---|
| *Date* | *Signature of Visiting Attorney* |

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

| **29 October 2019** | **/s/  W. Bradley Sorrells** |
|---|---|
| *Date* | *Signature of Sponsoring Attorney* |