**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

**In re:**

                                      **Chapter 11**

**WILLIAMSON MEMORIAL HOSPITAL, LLC**    **Case No. 19-20469**

**Debtor.**

**ORDER AUTHORZING THE EMPLOYMENT AND RETENTION OF
GOODWIN & GOODWIN, LLP AS CONSEL TO THE OFFICIAL COMMITTEE OF
<u>UNSECURED CREDITORS EFFECTIVE AS OF NOVEMBER 8, 2019</u>**

Upon the application (the "Application")[1] filed by the Official Committee of Unsecured Creditors (the "Committee") for entry of an order (the "Order"), pursuant to sections 328(a) and 1103 of Title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (as amended, the "Bankruptcy Code"), Rules 2014(a) and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-1(a) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Southern District of West Virginia (the "Local Rules"), authorizing the Committee to retain and employ Goodwin & Goodwin, LLP ("Goodwin" or the "Firm") as its counsel effective as of November 8, 2019 (the "Retention Date"), the Court finds that (i) it has subject matter jurisdiction

---

[1]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

1

over the matters raised in the Application pursuant to 28 U.S.C. § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Application is in the best interests of the Committee and creditors; (iv) proper and adequate notice of the Application and the hearing thereon has been given and no other or further notice is necessary; and (v) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein. Therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED**.

2. Pursuant to sections 328(a) and 1103 of the Bankruptcy Code, Rules 2014(a) and 5002 of the Bankruptcy Rules, and Rule 2016-1(a) of the Local Rules, the Committee is hereby authorized to employ and retain Goodwin as its counsel under the terms and conditions set forth in the Application and in the Fenwick Declaration effective as of the Retention Date.

3. The terms and conditions of the retention of Goodwin set forth in the Application and in the Fenwick Declaration are reasonable pursuant to section 328(a) of the Bankruptcy Code, and Goodwin shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, any applicable Bankruptcy Rule, any applicable Local Rule, and any orders of the Court.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Prepared by:

/s/ Carrie Goodwin Fenwick
Carrie Goodwin Fenwick (WV Bar No. 7164)
Goodwin & Goodwin, LLP
300 Summers Street, Suite 1500
P.O. Box 2107
Charleston, WV 25328-2107
cgf@goodwingoodwin.com

Tel: 304-346-7000

And

Jason W. Harbour, Esq. (Admitted *pro hac vice*)
Henry P. (Toby) Long, III (Admitted *pro hac vice*)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Tel: (804) 788-8200
Email: jharbour@HuntonAK.com
hlong@HuntonAK.com

*Proposed Counsel for the Official
Committee of Unsecured Creditors*