**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

---

In re                                                                                         **Chapter 11**

**WILLIAMSON MEMORIAL HOSPITAL, LLC,**                          Case No. 19-20469

      **Debtor.**

---

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE THAT the undersigned hereby appears in the above-captioned proceeding as counsel to NFS Leasing, Inc. ("NFS"), and requests that pursuant to Rules 2002, 3017(a), 9007, 9010(b) of the Federal Rules of Bankruptcy Procedure, and Section 1109(b) of the United States Bankruptcy Code, that all notices given or required to be given in connection with the above-captioned proceedings, and all papers served or required to be served in connection therewith be given and served upon:

> Elizabeth A. Amandus
> Jackson Kelly PLLC
> 500 Lee Street East, Suite 1600
> Charleston, West Virginia 25301
> Telephone: (304) 340-1090
> Facsimile: (304) 340-1080
> Email: eamandus@jacksonkelly.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in these proceedings whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, email, delivery service, telephone, fax or otherwise.

This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a consent to jurisdiction of the Bankruptcy Court over NFS. Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any of NFS's substantive or procedural rights, including without limitation: (i) NFS's right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) NFS's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) NFS's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs or recoupments, all of which NFS expressly reserves.

Dated: November 27, 2019

/s/ Elizabeth A. Amandus
Elizabeth A. Amandus  (WV No. 11062)
**Jackson Kelly PLLC**
500 Lee Street East, Suite 1600
Charleston, West Virginia 25301
Telephone: (304) 340-1000
Facsimile: (304) 340-1080
Email: eamandus@jacksonkelly.com

- AND –

Christine E. Devine
Paul W. Carey
**Mirick, O'Connell, DeMallie
& Lougee, LLP**
100 Front Street
Worcester, MA 01608-1477
Telephone: (508) 860-1628
Fascimile: (508) 983-6245
cdevine@mirickoconnell.com
pcarey@mirickoconnell.com

*Counsel to NFS Leasing, Inc.*

2

## Certification of Service

I, Elizabeth A. Amandus, hereby certify that the foregoing *Notice of Appearance and Request for Service of Papers* was filed and served via the Court's CM/ECF system on November 27, 2019.

By: */s/ Elizabeth Amandus*
Elizabeth Amandus