-----Original Message-----
From:
Sent: Tuesday, July 7, 2020 3:15 PM
To: Becker Wyckoff <mckay_wyckoff@wvsd.uscourts.gov>
Subject: Williamson Memorial Hospital Bankruptcy
Importance: High

Good afternoon Clerk Wyckoff,

I was an employee of Williamson Memorial Hospital (Mingo Health Partners, LLC) in Williamson, WV since 2002. As you know, the hospital filed bankruptcy in October, 2019.

I, as well as many other former employees, have several concerns regarding the hospital and their handling of our money. I wanted to make the bankruptcy court aware of a few of my issues. Williamson Memorial Hospital deducted 401K contributions from my paycheck but did not make the contributions. In addition, this resulted in fees taken from my 401K account by the plan provider. Williamson Memorial also took money out of my paycheck for health insurance & prescription coverage but did not provide the coverage that was promised. We went through multiple periods of noncoverage since at least early 2019, maybe earlier. I had medical expenses from January 2019 that totaled approximately $1100, all related to screenings that were to be covered at 100% that are still unpaid. I was sent to collections for some of these expenses. I have the book from the insurance provider that clearly states the screenings were to be covered at 100% & I verified that before having the screenings done. I called the insurance many times regarding theses bills, also spoke with the Human Resources Department Manager, spoke to Charlie Hatfield, CEO, spoke to my department manager who became the CFO, provided copies of the bills multiple times, sent an email to Charlie Hatfield, Doug Reynolds & Sam Kapourales, all to no avail.

Also we were told multiple times, even after the filing of the bankruptcy that we they were working on getting us medical benefits that would have retroactive coverage. This was discussed in several meetings with many staff members present. Unfortunately, in February 2020, I began having severe low abdominal & back pain & had to be taken to Williamson Memorial's Emergency Department, I was diagnosed with a renal stone with hydronephrosis, impaired kidney function & an infection. I was sent from the ER to be admitted at Pikeville Medical Center in Pikeville, KY. I stayed in the hospital for one night during which time I had a urological procedure. I was also required to have a second procedure at a later date to remove the stone. The bills from Pikeville Medical total $36,802.40. I applied for patient financial assistance with PMC but was told I did not

1

qualify. This all happened while I was employed by Williamson Memorial. I have worked at WMH since 2002. I sought emergency medical care in good faith that the hospital would provide the medical benefits they had promised. Sadly, this was not the case.

Will there be any relief provided to me regarding the near-$38,000 worth of medical bills and 401K benefits? There are many more medical expenses (ex: medicines, labwork, etc) that I paid for out of my pocket. I can not afford & should not have to struggle to pay $38,000 when the hospital should have done the right thing by their loyal employees. I have a daughter in college, an elderly mother and a sister on fixed incomes plus my own household expenses. I would appreciate any & all consideration in this matter.

Thank you,