**Fill in this information to identify the case:**

| | | |
|---|---|---|
| Debtor Name: | William Memorial Hospital | |
| United States Bankruptcy Court for the: | Southern District of West Virginia | ☐ Check if this is an amended filing |
| Case number: | 2:19-bk-20463 | |

**Official Form 425C**

| Monthly Operating Report for Small Business Under Chapter 11 | 12/17 |
|---|---|

| | | | |
|---|---|---|---|
| Month: | Aug-20 | Date report filed: | September 14, 2020 |
| Line of Business: | Hospital | NAISC code: | 622110 |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible Party:            Interim CEO, Williamson Memorial Hospital

Original signature of responsible party:   *Harold E. Preston, Jr.*

Printed name of responsible party      Harold E. Preston, Jr.

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. Did the business operate during the entire reporting period? | ☐ | ☑ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☑ | ☐ |
| 3. Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**          $   998,788.09
  This amount must equal what you reported as the cash on hand at the end of the month in the previous
  month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

**20. Total cash receipts plus transfers**
  Attach a listing of all cash received for the month and label it Exhibit C. Include all
  cash received even if you have not deposited it at the bank, collections on
  receivables, credit card deposits, cash received from other parties, or loans, gifts, or
  payments made by other parties on your behalf. Do not attach bank statements in
  lieu of Exhibit C.
  Report the total from Exhibit C here.               $   117,937.79

**21. Total cash disbursements**
  Attach a listing of all payments you made in the month and label it Exhibit D. List the
  date paid, payee, purpose, and amount. Include all cash payments, debit card
  transactions, checks issued even if they have not cleared the bank, outstanding
  checks issued before the bankruptcy was filed that were allowed to clear this month,
  and payments made by other parties on your behalf. Do not attach bank statements
  in lieu of Exhibit D.
  Report the total from Exhibit D here.               $   (77,410.83)

**22. Net cash flow**
  Subtract line 21 from line 20 and report the result here.           $    40,526.96
  This amount may be different from what you may have calculated as net profit.

**23. Cash on hand at the end of the month**
  Add line 22 + line 19. Report the result here.
  Report this figure as the cash on hand at the beginning of the month on your next operating report.
  This amount may not match your bank account balance because you may have outstanding checks that    $ 1,039,315.05
  have not cleared the bank or deposits in transit.

### 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it Exhibit E. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from Exhibit E here.

**24. Total payables**
   (Exhibit E)                                                                                    $ 1,126,841.40

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it Exhibit F. Identify who owes you money, how much is owed, and when payment is due. Report the total from Exhibit F here.

**25. Total receivables**                                                                         $ 1,568,812.81

### 5. Employees

26. What was the number of employees when the case was filed?                                     157
27. What is the number of employees as of the date of this monthly report?                        4

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?              $        -
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 772,234.04
30. How much have you paid this month in other professional fees?                                        $        -
31. How much have you paid in total other professional fees since filing the case?                       $   76,122.03

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A Projected | - | Column B Actual | = | Column C Difference |
|---|---|---|---|---|---|
| 32. Cash receipts | $   85,000.00 | | $ 117,937.79 | | $  32,937.79 |
| 33. Cash disbursements | (400,000.00) | | (77,410.83) | | 322,589.17 |
| 34. Net cash flow | (315,000.00) | | 40,526.96 | | 355,526.96 |

| | | |
|---|---|---|
| 35. Total projected cash receipts for the next month: | | $   126,300 |
| 36. Total projected cash disbursements for the next month: | | (389,600) |
| 37. Total projected net cash flow for the next month: | | (263,300) |

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
☐ 39. Bank reconciliation reports for each account.
☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
☑ 41. Budget, projection, or forecast reports.
☐ 42. Project, job costing, or work-in-progress reports.

## **Exhibit A**

The hospital ceased operations in April, and a list of unpaid taxes is set forth on Exhibit E.

Exhibit C

CHAPTER 11
MONTHLY OPERATING REPORT
DETAILED LISTING OF RECEIPTS

**FNB xx-5523, FNB xx-1928, Comm. Trust Bank xx-9905, Bank of Mingo xx-2987**

| | | | |
|---|---|---|---|
| CASE NAME: | | William Memorial Hospital | |
| CASE NUMBER: | | 2:19-bk-20463 | |
| MONTH OF: | | August-20 | |

| Date | Transaction Description | Explanation | Amount |
|------|------------------------|-------------|-------:|
| 08/03/20 | Deposit-Aetna | AR collections | $ 60.34 |
| 08/03/20 | Deposit-Palmetto | AR collections | 387.60 |
| 08/03/20 | Deposit-Wisconsin Physic | AR collections | 506.10 |
| 08/03/20 | Deposit-Nationwide | AR collections | 3,820.00 |
| 08/04/20 | Deposit-Humana | AR collections | 2,077.63 |
| 08/04/20 | Deposit-Nationwide | AR collections | 324.00 |
| 08/04/20 | Deposit-Wisconsin Physic | AR collections | 2,532.96 |
| 08/04/20 | Deposit-Wellcare Health | AR collections | 1,430.58 |
| 08/04/20 | Deposit-McLaren Medicaid | AR collections | 653.03 |
| 08/05/20 | Deposit-Humana | AR collections | 7,957.10 |
| 08/05/20 | Deposit-Highmark | AR collections | 53.84 |
| 08/05/20 | Deposit-WV Treasury Reg Med | AR collections | 9.36 |
| 08/05/20 | Deposit-Coventry Healthcare | AR collections | 37.39 |
| 08/05/20 | Return-Caresource | AR collections | (82.59) |
| 08/05/20 | Deposit-Highmark | AR collections | 5,354.28 |
| 08/05/20 | Deposit-Wisconsin Physic | AR collections | 1,349.37 |
| 08/05/20 | ACH-Williamson Mem 020550433 | AR collections | 23.87 |
| 08/05/20 | Deposit-Aetna Better Health | AR collections | 1,498.17 |
| 08/05/20 | Deposit-Coventry Healthcare | AR collections | 689.16 |
| 08/05/20 | Deposit-OTC | AR collections | 5,066.46 |
| 08/06/20 | Deposit-Medicaid | AR collections | 1.69 |
| 08/06/20 | Deposit-United healthcare | AR collections | 49.52 |
| 08/06/20 | Deposit-Wisconsin Physic | AR collections | 5,748.72 |
| 08/07/20 | Deposit-Aetna | AR collections | 261.40 |
| 08/07/20 | Deposit-Palmetto | AR collections | 40.96 |

Exhibit C

CHAPTER 11
MONTHLY OPERATING REPORT
DETAILED LISTING OF RECEIPTS

**FNB xx-5523, FNB xx-1928, Comm. Trust Bank xx-9905, Bank of Mingo xx-2987**

| CASE NAME: | William Memorial Hospital |
|---|---|
| CASE NUMBER: | 2:19-bk-20463 |
| MONTH OF: | August-20 |

| Date | Transaction Description | Explanation | Amount |
|---|---|---|---|
| 08/07/20 | Deposit-Norfolk Southern-Rent-Tower on property | Other Collections | 220.00 |
| 08/10/20 | Deposit-United Healthcare | AR collections | 162.49 |
| 08/10/20 | Deposit-CHC WVA PPO | AR collections | 99.84 |
| 08/10/20 | Deposit-Wisconsin Physic | AR collections | 161.28 |
| 08/10/20 | Deposit-UMR | AR collections | 1,425.47 |
| 08/11/20 | Deposit-UMWA | AR collections | 3.54 |
| 08/11/20 | Deposit-AARP | AR collections | 48.35 |
| 08/11/20 | Deposit-Wisconsin Physic | AR collections | 668.34 |
| 08/12/20 | Deposit-UMWA | AR collections | 117.58 |
| 08/12/20 | Deposit-WV Treasury Reg Med | AR collections | 161.55 |
| 08/12/20 | Deposit-The Health Plan | AR collections | 338.00 |
| 08/12/20 | Deposit-Coventry Healthcare | AR collections | 480.26 |
| 08/12/20 | Deposit-Merch Bankcard | AR collections | 106.50 |
| 08/12/20 | Deposit-Aetna Better Health | AR collections | 543.70 |
| 08/12/20 | Deposit-United Healthcare | AR collections | 1,510.13 |
| 08/12/20 | Deposit-Coventry Healthcare | AR collections | 1,230.83 |
| 08/12/20 | Deposit-Highmark | AR collections | 4,266.27 |
| 08/13/20 | Deposit-Wisconsin Physic | AR collections | 4,470.99 |
| 08/14/20 | Deposit-Wellcare Health | AR collections | 42.66 |
| 08/14/20 | Deposit-Humana | AR collections | 667.30 |
| 08/14/20 | Deposit-United of Omaha | AR collections | 14.47 |
| 08/14/20 | Deposit-Wisconsin Physic | AR collections | 1,864.91 |
| 08/17/20 | Deposit-Aetna Better Health | AR collections | 37.92 |
| 08/17/20 | Deposit-United Healthcare | AR collections | 54.21 |
| 08/17/20 | Deposit-Palmetto | AR collections | 56.96 |

Exhibit C

CHAPTER 11
MONTHLY OPERATING REPORT
DETAILED LISTING OF RECEIPTS

**FNB xx-5523, FNB xx-1928, Comm. Trust Bank xx-9905, Bank of Mingo xx-2987**

| CASE NAME: | William Memorial Hospital |
|---|---|
| CASE NUMBER: | 2:19-bk-20463 |
| MONTH OF: | August-20 |

| Date | Transaction Description | Explanation | Amount |
|---|---|---|---|
| 08/17/20 | Deposit-Aetna Better Health | AR collections | 660.48 |
| 08/17/20 | Deposit-UMR | AR collections | 2,803.35 |
| 08/18/20 | Deposit-Wisconsin Physic | AR collections | 273.10 |
| 08/18/20 | ACH-Williamson Mem 020550433 | AR collections | 281.38 |
| 08/18/20 | Deposit-OTC | AR collections | 757.32 |
| 08/19/20 | Deposit-WV Treasury Reg Med | AR collections | 3.79 |
| 08/19/20 | Deposit-Highmark | AR collections | 57.23 |
| 08/19/20 | Deposit-Palmetto | AR collections | 101.96 |
| 08/19/20 | Deposit-UMWA | AR collections | 266.67 |
| 08/19/20 | Deposit-UMWA | AR collections | 20.14 |
| 08/19/20 | Deposit-Aetna Better Health | AR collections | 1,421.37 |
| 08/19/20 | Deposit-Wisconsin Physic | AR collections | 1,785.95 |
| 08/19/20 | Deposit-United Healthcare | AR collections | 6,206.67 |
| 08/19/20 | Deposit-Coventry Healthcare | AR collections | 7,741.64 |
| 08/20/20 | Deposit-Humana | AR collections | 6,802.38 |
| 08/20/20 | Deposit-Medicaid | AR collections | 3.38 |
| 08/20/20 | Deposit-Palmetto | AR collections | 100.26 |
| 08/20/20 | Deposit-36 Treas | AR collections | 203.64 |
| 08/20/20 | Deposit-Wisconsin Physic | AR collections | 696.36 |
| 08/21/20 | Deposit-Palmetto | AR collections | 50.13 |
| 08/21/20 | Deposit-Palmetto | AR collections | 49.34 |
| 08/21/20 | Deposit-United of Omaha | AR collections | 51.73 |
| 08/21/20 | Deposit-Wisconsin Physic | AR collections | 112.88 |
| 08/24/20 | Deposit-Humana | AR collections | 10.57 |
| 08/24/20 | Deposit-Palmetto | AR collections | 51.86 |

Exhibit C

CHAPTER 11
MONTHLY OPERATING REPORT
DETAILED LISTING OF RECEIPTS

**FNB xx-5523, FNB xx-1928, Comm. Trust Bank xx-9905, Bank of Mingo xx-2987**

| | |
|---|---|
| CASE NAME: | William Memorial Hospital |
| CASE NUMBER: | 2:19-bk-20463 |
| MONTH OF: | August-20 |

| Date | Transaction Description | Explanation | Amount |
|------|-------------------------|-------------|--------|
| 08/24/20 | Deposit-Wisconsin Physic | AR collections | 27.70 |
| 08/24/20 | Deposit-CHC WVA PPO | AR collections | 935.33 |
| 08/25/20 | Deposit-Palmetto | AR collections | 50.19 |
| 08/25/20 | Deposit-WV Treasury PEIA | AR collections | 20.31 |
| 08/25/20 | Deposit-Humana | AR collections | 50.00 |
| 08/25/20 | Deposit-Wisconsin Physic | AR collections | 1,054.72 |
| 08/25/20 | Deposit-Anthem Blue | AR collections | 2,527.93 |
| 08/26/20 | Deposit-Aetna Better Health | AR collections | 14.83 |
| 08/26/20 | Deposit-Aetna | AR collections | 120.93 |
| 08/26/20 | Deposit-The Health Plan | AR collections | 130.49 |
| 08/26/20 | Deposit-Highmark | AR collections | 167.12 |
| 08/26/20 | Deposit-Coventry Healthcare | AR collections | 558.26 |
| 08/26/20 | Deposit-UMWA | AR collections | 81.40 |
| 08/26/20 | Deposit-Humana | AR collections | 109.00 |
| 08/26/20 | Deposit-Aetna Better Health | AR collections | 114.94 |
| 08/26/20 | Deposit-Wisconsin Physic | AR collections | 710.91 |
| 08/26/20 | Deposit-WV Treasury Reg Med | AR collections | 4,418.50 |
| 08/26/20 | Deposit-Highmark | AR collections | 5,954.32 |
| 08/26/20 | Deposit-Coventry Healthcare | AR collections | 8,594.07 |
| 08/27/20 | Deposit-Humana | AR collections | 432.53 |
| 08/27/20 | Deposit-Palmetto | AR collections | 106.34 |
| 08/27/20 | ACH-Williamson Mem 020550433 | AR collections | 1.69 |
| 08/27/20 | Deposit-AARP | AR collections | 446.33 |
| 08/28/20 | Deposit-Wisconsin Physic | AR collections | 163.98 |
| 08/31/20 | Deposit-United Healthcare | AR collections | 12.57 |

Exhibit C

CHAPTER 11
MONTHLY OPERATING REPORT
DETAILED LISTING OF RECEIPTS

**FNB xx-5523, FNB xx-1928, Comm. Trust Bank xx-9905, Bank of Mingo xx-2987**

CASE NAME:             William Memorial Hospital
CASE NUMBER:           2:19-bk-20463
MONTH OF:              August-20

| Date | Transaction Description | Explanation | Amount |
|------|------------------------|-------------|--------|
| 08/31/20 | Deposit-AARP | AR collections | 40.40 |
| 08/31/20 | Deposit-Wisconsin Physic | AR collections | 237.94 |
| 08/31/20 | Deposit-CHC WVA PPO | AR collections | 405.99 |
| 08/31/20 | Deposit-Aetna Better Health | AR collections | 1,331.00 |
| | **Total Receipts:** | | **117,937.79** |
| | **Transfers In/Out** | | |
| 8/5/2020 | Deposit-Bank of Mingo | | 100,000.00 |
| 8/5/2020 | Check-Bank of Mingo | | (100,000.00) |
| | **Net Transfers** | | **-** |

Exhibit D

CHAPTER 11
MONTHLY OPERATING REPORT
DETAILED LISTING OF DISBURSEMENTS

**FNB xx-5523, FNB xx-1928, Comm. Trust Bank xx-9905, Bank of Mingo xx-2987**

| CASE NAME: | William Memorial Hospital |
|---|---|
| CASE NUMBER: | 2:19-bk-20463 |
| MONTH OF: | August-20 |

| Date | Number | Transaction Description | Amount | Explanation |
|---|---|---|---|---|
| 08/05/20 | | Check Fees | $ (5.00) | Other Purchased Services |
| 08/05/20 | | Gateway Services Fee | (10.00) | Other Purchased Services |
| 08/05/20 | | Merch Bankcard Fees | (0.56) | Other Purchased Services |
| 08/05/20 | | Gateway Services Fee | (6.10) | Other Purchased Services |
| 08/05/20 | | Return Item Fee | (5.00) | Other Purchased Services |
| 08/06/20 | 1019 | Check-Appalachian Power | (35.85) | Utilities |
| 08/07/20 | | ACH-Pitney Bowes | (78.00) | Supplies |
| 08/12/20 | | Payroll Transfer - Compensation | (7,426.39) | Employee Compensation |
| 08/12/20 | | Wire Transfer Fee | (3.00) | Other Purchased Services |
| 08/12/20 | | Payroll Transfer - PR Taxes | (573.61) | PR taxes |
| 08/14/20 | 1020 | Check-Meditech | (25,000.00) | EHR |
| 08/17/20 | | ACH-RLI Insurance-401K Bond | (100.00) | General Liability Insurance |
| 08/17/20 | | Net Service Charge | (52.55) | Other Purchased Services |
| 08/17/20 | | ACH-Shred-it | (699.56) | Other Purchased Services |
| 08/21/20 | 1021 | Check-Accordias Revenue Cycle | (29,453.17) | Revenue Cycle Costs |
| 08/24/20 | | ACH-Ability | (5,197.04) | Ability Software fees |
| 08/24/20 | | Merch Bankcard Fees | (250.00) | Other Purchased Services |
| 08/26/20 | | Payroll Transfer - Compensation | (7,426.39) | Employee Compensation |
| 08/26/20 | | Wire Transfer Fee | (3.00) | Other Purchased Services |
| 08/26/20 | | Payroll Transfer - PR Taxes | (573.61) | PR taxes |
| 08/27/20 | 1022 | Check-Nuvodia | (750.00) | Other Purchased Services |
| 08/27/20 | | Merch Bankcard Fees | 250.00 | Other Purchased Services |
| 08/31/20 | | Net Service Charge | (2.00) | Other Purchased Services |
| 08/31/20 | | Net Service Charge | (5.00) | Other Purchased Services |
| 08/31/20 | | Net Service Charge | (5.00) | Other Purchased Services |

| **Disbursements** | **(77,410.83)** |
|---|---|

**DETAIL LISTING OF POST PETITION ACCOUNTS PAYABLE**

Exhibit E

CASE NAME: William Memorial Hospital

CASE NUMBER: 2:19-bk-20463                             MONTH ENDED:                    August 31, 2020

| Number | Vendor Name | Accounts Payable Aging | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Less than 30 Days | 31 to 60 Days | 61 to 90 Days | Greater than 90 Days | Total |
| | 941 Taxes | $          - | $          - | $          - | $   331,345 | $   331,345 |
| | MEDICAL INFORMATION TECHNOLOGY, INC  00000369 | - | - | - | 195,000 | 195,000 |
| | Annual Return of Broad Based Health Care Related Taxes | - | - | - | 135,074 | 135,074 |
| | OLYMPUS FINANCIAL SERVICES  00000377 | - | 5,200 | - | 47,191 | 52,391 |
| | WV STATE | - | - | - | 49,473 | 49,473 |
| | PREMIER HEALTHCARE SOLUTION  00000594 | - | - | - | 38,248 | 38,248 |
| | KY STATE | - | - | - | 28,518 | 28,518 |
| | THE SSI GROUP, LLC  00000497 | - | - | - | 24,378 | 24,378 |
| | AVEC HEALTH, LLC  00000557 | - | - | - | 20,160 | 20,160 |
| | STERICYCLE INC  00000303 | - | - | 17 | 16,312 | 16,328 |
| | KRONOS INCORPORATED  00000230 | - | - | - | 16,100 | 16,100 |
| | Acute Care Hospital Tax | - | - | - | 15,619 | 15,619 |
| | MOUNTAINEER GAS CO  00000420 | - | - | - | 15,594 | 15,594 |
| | SUDDENLINK B2B, DEPT 1264  00000607 | - | 2,525 | - | 12,350 | 14,875 |
| | GE PRECISION HEALTHCARE LLC  00000193 | - | - | - | 13,980 | 13,980 |
| | LABORATORY CORPORATION OF AMERICA  00000356 | - | - | - | 12,890 | 12,890 |
| | GE HEALTHCARE EQUIPMENT FINANCE  00000335 | - | 1,237 | 1,237 | 9,710 | 12,184 |
| | SUDDENLINK  00000293 | - | 1,369 | 1,369 | 8,450 | 11,187 |
| | IRON MOUNTAIN  00000345 | - | - | - | 10,181 | 10,181 |
| | XEROX FINANCIAL SERVICES  00000509 | - | 1,083 | 1,083 | 6,513 | 8,678 |
| | APPALACHIAN POWER  00000265 | - | - | - | 8,376 | 8,376 |
| | TRAVELERS  00000452 | - | - | - | 7,197 | 7,197 |
| | FRONTIER  00000332 | - | 813 | 725 | 5,205 | 6,743 |
| | AMERICAN WELDING & GAS INC  00000331 | - | - | - | 5,977 | 5,977 |
| | PITNEY BOWES  00000206 | - | 349 | 438 | 4,858 | 5,646 |
| | SOURCE HOV HEALTHCARE INC  00000310 | - | - | - | 5,579 | 5,579 |
| | CONSTELLATION NEWENERGY  00000308 | - | - | - | 5,225 | 5,225 |
| | ABILITY NETWORK, INC.  00000418 | - | 5,197 | - | - | 5,197 |
| | NAVIENT-DEPT OF ED LOAN SERVICING  00000576 | - | - | - | 5,000 | 5,000 |
| | WASTE MANAGEMENT OF WV INC  00000258 | - | - | - | 4,765 | 4,765 |
| | WILLIAMSON WATER & SEWER  00000243 | - | - | 737 | 3,549 | 4,286 |
| | SYSCO FOOD SERVICES LOUISVILLE  00000061 | - | - | - | 4,273 | 4,273 |
| | IMMUCOR INC.  00000194 | - | - | - | 3,619 | 3,619 |

**DETAIL LISTING OF POST PETITION ACCOUNTS  PAYABLE**

Exhibit E

CASE NAME: William Memorial Hospital

CASE NUMBER: 2:19-bk-20463                    MONTH ENDED:                    August 31, 2020

| Number | Vendor Name | Less than 30 Days | 31 to 60 Days | 61 to 90 Days | Greater than 90 Days | Total |
|---|---|---|---|---|---|---|
| | | | Accounts Payable Aging | | | |
| | THYSSENKRUPP ELEVATOR CORP  00000285 | - | - | - | 3,284 | 3,284 |
| | APPLIED STATISTICS  00000398 | - | - | - | 3,060 | 3,060 |
| | AMERICAN RED CROSS  00000259 | - | - | - | 2,936 | 2,936 |
| | VIRTUAL BUSINESS MANAGEMENT  00000280 | - | - | - | 2,849 | 2,849 |
| | BAXTER HEALTHCARE CORP  00000178 | - | - | - | 2,522 | 2,522 |
| | DEPARTMENTOF HEALTH AND HUMAN SERVI  00000563 | - | - | - | 2,281 | 2,281 |
| | MEDLINE INDUSTRIES INC  00000167 | - | - | - | 2,232 | 2,232 |
| | ASSOCIATES IN MEDICAL PHYSICS  00000400 | - | - | - | 2,138 | 2,138 |
| | INTERNAL REVENUE SERVICE  00000535 | 2,044 | - | - | - | 2,044 |
| | AIMSOFT  00000247 | 175 | 175 | - | 1,575 | 1,925 |
| | CHAPMAN PRINTING  00000051 | - | - | - | 1,677 | 1,677 |
| | OFFICE DEPOT, INC  00000567 | - | - | - | 1,565 | 1,565 |
| | STERIS CORPORATION INC 1  00000200 | - | - | - | 1,521 | 1,521 |
| | FEDEX  00000326 | - | - | - | 1,494 | 1,494 |
| | UMWA  00000276 | - | - | - | 1,175 | 1,175 |
| | KONICA MINOLTA BUSINESS SOLUTIONS  00000350 | - | - | - | 1,114 | 1,114 |
| | HKL, LLC  00000451 | - | - | - | 1,066 | 1,066 |
| | ROCHE DIAGNOSTICS CORP INC  00000196 | - | - | - | 1,060 | 1,060 |
| | VERTICAL TRANSPORT CONSULTING LLC  00000279 | - | - | - | 1,039 | 1,039 |
| | WV Sales and Use Tax Return | - | - | - | 1,018 | 1,018 |
| | BIO-RAD LABORATORIES  00000007 | - | - | - | 920 | 920 |
| | BWB ENTERPRISE OF WEST VIRGINIA INC  00000049 | - | - | - | 853 | 853 |
| | WV TREASURY  00000592 | 264 | 528 | - | - | 792 |
| | THE KEANE INSURANCE GROUP, INC.  00000525 | - | - | - | 770 | 770 |
| | NUVODIA, LLC  00000388 | 750 | - | - | - | 750 |
| | PITNEY GLOBAL FINANCIAL  00000389 | - | - | - | 670 | 670 |
| | CITY OF WILLIAMSON  00000305 | - | - | - | 647 | 647 |
| | TUG VALLEY CHAMBER OF COMMERCE  00000571 | - | - | - | 612 | 612 |
| | CARDINAL HEALTH  00000555 | - | - | - | 527 | 527 |
| | KAPOURALES PROPERTIES  00000346 | - | - | - | 494 | 494 |
| | ZEBRA TECHNOLOGIES INTERNATIONAL LL  00000042 | - | - | - | 489 | 489 |
| | J. D. WESTCOTT'S | - | - | - | 405 | 405 |
| | BREWER & COMPANY OF WV INC  00000146 | - | - | - | 358 | 358 |

**DETAIL LISTING OF POST PETITION ACCOUNTS  PAYABLE**

Exhibit E

CASE NAME: William Memorial Hospital

CASE NUMBER: 2:19-bk-20463                     MONTH ENDED:                      August 31, 2020

| Number | Vendor Name | Accounts Payable Aging | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Less than 30 Days | 31 to 60 Days | 61 to 90 Days | Greater than 90 Days | Total |
| | AMERICAN MESSAGING  00000256 | - | - | - | 354 | 354 |
| | COCA COLA BOTTLING CO NC  00000115 | - | - | - | 342 | 342 |
| | HERITAGE FIRE PROTECTION, INC.  00000599 | - | - | - | 307 | 307 |
| | STAT EMS LLC  00000301 | - | - | - | 300 | 300 |
| | MIRION TECHNOLOGIES, INC | - | - | - | 299 | 299 |
| | CARDIONET, LLC  00000410 | - | - | - | 280 | 280 |
| | CINTAS  00000300 | - | - | - | 278 | 278 |
| | ASD HEALTHCARE  00000269 | - | - | - | 265 | 265 |
| | MOUNTAINEER HOTEL  00000531 | - | - | - | 250 | 250 |
| | KY DEPARTMENT OF REVENUE  00000593 | 153 | - | - | - | 153 |
| | HENRY SCHEIN  00000419 | - | - | - | 109 | 109 |
| | HIGHLANDS ARH REGIONAL MED CTR  00000591 | - | - | - | 80 | 80 |
| | STAT INFORMATICS SOLUTIONS LLC  00000302 | - | - | - | 79 | 79 |
| | ECOLAB, INC.  00000573 | - | - | - | 75 | 75 |
| | CARDINAL HEALTH 414, LLC  00000290 | - | - | - | 59 | 59 |
| | SIEMENS HEALTHCARE DIAGNOSTICS  00000202 | - | - | - | 56 | 56 |
| | ARCHITECTURAL INTERIOR  00000055 | - | - | - | 49 | 49 |
| | WILLIAMSON DAILY NEWS  00000568 | - | - | - | 39 | 39 |
| | LANGUAGE LINE SERVICES  00000357 | - | - | - | 35 | 35 |
| | STATE ELECTRIC CO  00000064 | - | - | - | 34 | |
| | MEDTOX LABORATORIES, INC.  00000373 | - | - | - | 30 | |
| | BROUGHTON FOODS LLC  00000063 | - | - | - | 6 | |
| | AGILITI HEALTH, INC  00000246 | - | - | - | 1 | 1 |
| | 401K | - | - | - | - | - |
| | CARDINAL HEALTH 110, LLC  00000496 | - | - | (58) | (16,882) | (16,941) |
| **TOTAL POST PETITION AP [1]** | | **3,386** | **18,476** | **5,547** | **1,099,502** | **1,126,841** |

[1]: August 17, 2020 was set by Court order as the deadline for filing administrative claims, other than those expressly exempted by the Order. Debtor has not yet reconciled the filed administrative claims with the amounts set forth in this exhibit.

# SUMMARY OF ACCOUNTS RECEIVABLE

Exhibit F

CASE NAME: William Memorial Hospital                          MONTH ENDED: _____ August 31, 2020 _____

CASE NUMBER: 2:19-bk-20463

| | TOTAL | | | | | |
|---|---|---|---|---|---|---|
| **MONTH:  August 31, 2020** | | | | | | |
| Billed (Gross) | $ 10,458,752 | | | | | |
| Unbilled (Gross) | - | | | | | |
| Less: Contractual Allowances | (8,367,002) | | | | | |
| Less: Provision for bad debt | (522,938) | | | | | |
| Total MONTH:  August 31, 2020 | 1,568,813 | - | - | - | - | - |

**DETAIL LISTING OF ACCOUNTS RECEIVEABLE**

Exhibit F

CASE NAME: William Memorial Hospital

CASE NUMBER: 2:19-bk-20463                                                 MONTH ENDED:                    August 31, 2020

| Number | Payor | Accounts Receivable | | |
|---|---|---|---|---|
| | | **Billed** | **Unbilled** | **Total** |
| | Hlth Maintenance Organization | $3,328,861 | $0 | $3,328,861 |
| | Medicaid | 2,704,120 | - | 2,704,120 |
| | Self Pay | 1,337,932 | - | 1,337,932 |
| | Commercial | 869,362 | - | 869,362 |
| | Medicare | 610,297 | - | 610,297 |
| | Blue Cross | 478,191 | - | 478,191 |
| | Other Insurance | 465,471 | - | 465,471 |
| | Workers Compensation | 364,084 | - | 364,084 |
| | United Mine Workers Assoc. | 210,302 | - | 210,302 |
| | Preferred Prov Organization | 47,208 | - | 47,208 |
| | Aetna | 42,650 | - | 42,650 |
| | Employee Health | 273 | - | 273 |
| | | | | - |
| **TOTAL AR (Gross)** | | **10,458,752** | **-** | **-** | **10,458,752** | **-** |

## STATEMENT OF INCOME (LOSS) [1]

CASE NAME: William Memorial Hospital

CASE NUMBER: 2:19-bk-20463

| | MONTH ENDING 5/31/2020 | MONTH ENDING 6/30/2020 | MONTH ENDING 7/31/2020 | MONTH ENDING 8/31/2020 | |
|---|---|---|---|---|---|
| **Income** | | | | | |
| AR collections | $ 451,669 | $ 316,328 | $ 171,842 | $ 117,718 | - |
| Proceeds from Sale of Hospital | 346,542 | - | - | - | |
| Other Collections | - | 58,154 | - | 220 | - |
| | - | | | | |
| Subtotal | 798,211 | 374,482 | 171,842 | 117,938 | - |
| **Expenses** | | | | | |
| Disbursements | | | | | |
| Employee Compensation | (198,002) | (16,866) | (22,550) | (14,853) | - |
| Legal - Unsecured Creditors Committee | (170,679) | - | - | - | |
| Revenue Cycle Costs | (70,523) | (34,535) | (25,389) | (29,453) | - |
| EHR | (45,000) | - | - | (25,000) | - |
| Tortola Advisors | (35,000) | (35,000) | - | - | - |
| Contingency | (32,296) | - | - | - | - |
| US Trustees Fees (est.) | (27,501) | - | - | - | - |
| Accordias On-site Manager | (17,999) | (17,600) | - | - | - |
| PR taxes | (13,298) | (1,310) | (1,725) | (1,147) | - |
| Other Purchased Services | (12,432) | (1,085) | (4,368) | (1,547) | - |
| Utilities | (5,302) | (5,627) | (3,916) | (36) | - |
| Ability Software fees | (4,950) | (5,197) | (5,197) | (5,197) | - |
| Supplies | (3,532) | (480) | (1,288) | (78) | - |
| Food | - | - | - | - | - |
| Pharmacy | - | - | - | - | - |
| Workers Comp | - | - | - | - | - |
| Malpractice Insurance | - | - | - | - | - |
| General Liability Insurance | - | - | - | (100) | - |
| VH Management Fees | - | (30,600) | - | - | - |
| Medical Pro Fees/Contracted Physicians | - | (44,805) | - | - | - |
| Internal Transfer | 286,992 | - | - | - | - |
| Other Legal Professional | - | (12,678) | - | - | - |
| CPA Professional | - | (63,444) | - | - | - |
| Legal - Current Debtor's Counsel (est.) | - | - | (426,556) | - | - |
| **Net Cash Activity** | **448,690** | **105,254** | **(319,146)** | **40,527** | **-** |

1) Income statement based on net cash activity (change in cash)



# Bank of Mingo
*You're part of everything we are*

**WILLIAMSON MEMORIAL HOSPITAL,LLC**
**DEBTOR IN POSSESSION**
**859 ALDERSON ST**
**WILLIAMSON WV 25661-3215**

Page        1 of 2

Account Number: ******2987
Date                08/31/20
Images:                      4

| WILLIAMSON MEMORIAL HOSPITAL,L   BUSINESS CHECKING | Acct | 2987 |
|---|---|---|

### Summary of Activity Since Your Last Statement

| | | | |
|---|---|---|---|
| Beginning Balance | 8/01/20 | 470,770.10 | |
| Deposits / Misc Credits | 1 | 100,000.00 | |
| Withdrawals / Misc Debits | 5 | 29,666.62 | |
| ** Ending Balance | 8/31/20 | 541,103.48** | |
| Service Charge | | 2.00 | |
| | | | |
| Average Balance | | 548,137 | |
| Average Collected Balance | | 548,137 | |
| Minimum Balance | | 470,770 | |
| Enclosures | | 4 | |

## Deposits and Other Credits

| Date | Amount | Activity Description |
|---|---|---|
| 8/05 | 100,000.00 | Deposit |

## Checks

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 8/11 | 1017 | 3,878.77 | 8/06 | 1018 | 750.00 | 8/24 | 1020* | 25,000.00 |

* indicates a break in check number sequence

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|
| 8/14 | 35.85 | AMERICAN ELECTRI/CHECKPYMT Check Number: 1019 0241826581 |
| 8/31 | 2.00 | SC Electronic Statement Fee |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/05 | 570,770.10 | 8/11 | 566,141.33 | 8/24 | 541,105.48 |
| 8/06 | 570,020.10 | 8/14 | 566,105.48 | 8/31 | 541,103.48 |



08/05/2020    $100,000.00



08/11/2020    1017    $3,878.77

08/06/2020    1018    $750.00

08/24/2020    1020    $25,000.00

```
                                           Date   8/31/20     Page    1

        WILLIAMSON HMA PHYSICIAN MGMT LLC
        ATTN ACCOUNTING MANAGER
        PO BOX 1980
        WILLIAMSON WV  25661
```

```
                          CHECKING ACCOUNT

          Ask us about our mobile app!
```

```
BASIC BUSINESS CHECKING                 Number of Enclosures               0
Account Number          @XXXXX@1928     Statement Dates  8/01/20 thru  8/31/20
Previous Balance          82,195.70     Days This Statement Period       31
   32 Deposits             3,799.70     Average Balance              84,097
       Debits/Charges           .00     Average Collected            84,097
    1 Electronic Items        10.00
Service Charge                 5.00
Interest Paid                   .00
Current Balance           85,980.40
```

---

```
                           Deposits
Date      Description                            Amount
 8/03     HCCLAIMPMT AETNA A04                     60.34
          1066033492       08/03/20
          ID #-1639122690
          TRACE #-031100201088008
 8/03     HCCLAIMPMT PALMETTO GBA                 387.60
          9000000095       08/03/20
          ID #-1639122690
          TRACE #-031100204125155
 8/05     HCCLAIMPMT WVTREASURYREGMED               9.36
          1556000814       08/05/20
          ID #-1639122690
          TRACE #-042000017536529
 8/05     HCCLAIMPMT COVENTRY HEALTHC              37.39
          1550712129       08/05/20
          ID #-00245335
          TRACE #-111000022865451
 8/05     HCCLAIMPMT HIGHMARK INC.                 53.84
          1550624615       08/05/20
          ID #-1639122690
          TRACE #-043000260129379
```

```
                                          Date   8/31/20      Page    2

BASIC BUSINESS CHECKING          @XXXXX@1928  (Continued)

                             Deposits
Date      Description                           Amount
8/06      HCCLAIMPMT MEDICAID                      1.69
          93500000MA        08/06/20
          ID #-202008031467049
          TRACE #-021000023556288
8/07      HCCLAIMPMT PALMETTO GBA                 40.96
          9000000095        08/07/20
          ID #-1639122690
          TRACE #-031100204264041
8/10      HCCLAIMPMT UNITEDHEALTHCARE            162.49
          1411289245        08/10/20
          ID #-020550433
          TRACE #-124384870209704
8/11      MURRAY PMT UMWA 93                       3.54
          1521888497        08/11/20
          ID #-WILLIAMSON HMA
          TRACE #-071000152050770
8/12      FUNDS PMT  UMWA 93 835                 117.58
          1521888497        08/12/20
          ID #-141761
          TRACE #-071000152477316
8/12      HCCLAIMPMT WVTREASURYREGMED            161.55
          1556000814        08/12/20
          ID #-1639122690
          TRACE #-042000014420949
8/12      HCCLAIMPMT THE HEALTH PLAN             338.00
          1550585592        08/12/20
          ID #-Z1811   0000967
          TRACE #-056004440044028
8/12      HCCLAIMPMT COVENTRY HEALTHC            480.26
          1550712129        08/12/20
          ID #-00245335
          TRACE #-111000021274971
8/17      HCCLAIMPMT AETNA BETTER HE              37.92
          1423279217        08/17/20
          ID #-00245027
          TRACE #-111000021042300
8/17      HCCLAIMPMT UNITEDHEALTHCARE             54.21
          1411289245        08/17/20
          ID #-020550433
          TRACE #-124384875700243
8/17      HCCLAIMPMT PALMETTO GBA                 56.96
          9000000095        08/17/20
          ID #-1639122690
          TRACE #-031100208559779
8/19      HCCLAIMPMT WVTREASURYREGMED              3.79
          1556000814        08/19/20
          ID #-1639122690
          TRACE #-042000011045863
```

```
                                              Date   8/31/20      Page    3

BASIC BUSINESS CHECKING              @XXXXX@1928  (Continued)

                                Deposits
Date      Description                              Amount
8/19      HCCLAIMPMT HIGHMARK INC.                  57.23
          1550624615           08/19/20
          ID #-1639122690
          TRACE #-043000261255249
8/19      HCCLAIMPMT PALMETTO GBA                  101.96
          9000000095           08/19/20
          ID #-1639122690
          TRACE #-031100209398792
8/19      FUNDS PMT   UMWA 93 835                  266.67
          1521888497           08/19/20
          ID #-141761
          TRACE #-071000155473200
8/20      HCCLAIMPMT MEDICAID                        3.38
          93500000MA           08/20/20
          ID #-202008171474608
          TRACE #-021000028566752
8/20      HCCLAIMPMT PALMETTO GBA                  100.26
          9000000095           08/20/20
          ID #-1639122690
          TRACE #-031100203348509
8/21      HCCLAIMPMT PALMETTO GBA                   50.13
          9000000095           08/21/20
          ID #-1639122690
          TRACE #-031100206944966
8/24      HCCLAIMPMT PALMETTO GBA                   51.86
          9000000095           08/24/20
          ID #-1639122690
          TRACE #-031100200289925
8/25      HCCLAIMPMT PALMETTO GBA                   50.19
          9000000095           08/25/20
          ID #-1639122690
          TRACE #-031100205294459
8/26      HCCLAIMPMT AETNA BETTER HE                14.83
          1423279217           08/26/20
          ID #-00245027
          TRACE #-111000028554251
8/26      HCCLAIMPMT AETNA AS01                    120.93
          3066033492           08/26/20
          ID #-1639122690
          TRACE #-051000011831657
8/26      HCCLAIMPMT THE HEALTH PLAN               130.49
          1550585592           08/26/20
          ID #-Z1811   0000969
          TRACE #-056004448072825
8/26      HCCLAIMPMT HIGHMARK INC.                 167.12
          1550624615           08/26/20
          ID #-1639122690
          TRACE #-043000260646023
```

```
                                                 Date    8/31/20      Page    4

BASIC BUSINESS CHECKING              @XXXXX@1928   (Continued)
                                  Deposits
Date        Description                                Amount
  8/26      HCCLAIMPMT COVENTRY HEALTHC                 558.26
            1550712129         08/26/20
            ID #-00245335
            TRACE #-111000028681871
  8/27      HCCLAIMPMT PALMETTO GBA                     106.34
            9000000095         08/27/20
            ID #-1639122690
            TRACE #-031100204507229
  8/31      HCCLAIMPMT UNITEDHEALTHCARE                  12.57
            1411289245         08/31/20
            ID #-020550433
            TRACE #-124384877420351

-------------------------------------------------------------------------------

                                 Withdrawals
Date        Description                                Amount
  8/05      WEBPAYMENT GATEWAY SERVICES                  10.00
            3383693141         08/05/20
            ID #-
            TRACE #-091000017165847
  8/31      NET SERVICE CHARGE                            5.00
  8/31      MAINTENANCE FEE                              15.00-
  8/31       BALANCE CREDIT/ADJ. IN S/C                  10.00-

-------------------------------------------------------------------------------

                         Daily Balance Information
Date          Balance      Date         Balance      Date          Balance
8/01        82,195.70      8/11       82,942.91      8/24        84,824.67
8/03        82,643.64      8/12       84,040.30      8/25        84,874.86
8/05        82,734.23      8/17       84,189.39      8/26        85,866.49
8/06        82,735.92      8/19       84,619.04      8/27        85,972.83
8/07        82,776.88      8/20       84,722.68      8/31        85,980.40
8/10        82,939.37      8/21       84,772.81
```

```
                                          Date   8/31/20    Page    1

       WILLIAMSON MEMORIAL HOSPITAL LLC
       GENERAL FUNDS
       859 ALDERSON STREET
       WILLIAMSON WV  25661
```

```
                         CHECKING ACCOUNT

        Ask us about our mobile app!

BASIC BUSINESS CHECKING                Number of Enclosures                3
Account Number         @XXXXX@5523     Statement Dates  8/01/20 thru  8/31/20
Previous Balance        230,247.91     Days This Statement Period         31
   67 Deposits           96,156.51     Average Balance               185,631
    3 Debits/Charges    100,092.59     Average Collected             185,631
   11 Electronic Items   22,337.26
Service Charge                5.00
Interest Paid                  .00
Current Balance         203,969.57
```

--------------------------------------------------------------------------------

```
                         Deposits
Date     Description                           Amount
 8/03    HCCLAIMPMT WISCONSIN PHYSIC            506.10
         3391268299        08/03/20
         ID #-510077
         TRACE #-031100204342495
 8/03    HCCLAIMPMT Nationwide               3,820.00
         1314177100        08/03/20
         ID #-550592845
         TRACE #-124384873466421
 8/04    HCCLAIMPMT McLaren Medicaid           653.03
         1138325221        08/04/20
         ID #-550592845
         TRACE #-124384873086672
 8/04    HCCLAIMPMT WellCare Health          1,430.58
         1366069295        08/04/20
         ID #-
         TRACE #-061000109263826
 8/04    HCCLAIMPMT WISCONSIN PHYSIC          2,532.96
         3391268299        08/04/20
         ID #-510077
         TRACE #-031100200193505
```

```
                                            Date   8/31/20      Page     2

BASIC BUSINESS CHECKING            @XXXXX@5523  (Continued)

                           Deposits
Date     Description                             Amount
8/05     ACH ITEMS   WILLIAMSON MEM               23.87
         1020550433         08/05/20
         ID #-
         TRACE #-042000014542380
8/05     HCCLAIMPMT COVENTRY HEALTHC             689.16
         1550712129         08/05/20
         ID #-00234553
         TRACE #-111000022864597
8/05     HCCLAIMPMT WISCONSIN PHYSIC           1,349.37
         3391268299         08/05/20
         ID #-510077
         TRACE #-031100206103223
8/05     HCCLAIMPMT AETNA BETTER HE            1,498.17
         1423279217         08/05/20
         ID #-00231007
         TRACE #-111000022693947
8/05     HCCLAIMPMT HIGHMARK INC.              5,354.28
         1550624615         08/05/20
         ID #-1275528614
         TRACE #-043000260127643
8/05     DDA REGULAR DEPOSIT                   5,066.46
8/06     HCCLAIMPMT UnitedHealthcare              49.52
         1111187726         08/06/20
         ID #-550592845
         TRACE #-124384878449936
8/06     HCCLAIMPMT WISCONSIN PHYSIC           5,748.72
         3391268299         08/06/20
         ID #-510077
         TRACE #-031100200622873
8/07     VENDOR PAY NORFOLK SOUTHERN            220.00
         4536002019         08/07/20
         ID #-2002075577
         TRACE #-091000017417763
8/07     HCCLAIMPMT AETNA AS01                  261.40
         1066033492         08/07/20
         ID #-1275528614
         TRACE #-051000016971548
8/10     HCCLAIMPMT CHC WVA PPO CH&L             99.84
         1751296086         08/10/20
         ID #-1275528614
         TRACE #-021000029351671
8/10     HCCLAIMPMT WISCONSIN PHYSIC            161.28
         3391268299         08/10/20
         ID #-510077
         TRACE #-031100207874475
8/10     HCCLAIMPMT UMR                       1,425.47
         1999999100         08/10/20
```

```
                                           Date   8/31/20      Page    3

BASIC BUSINESS CHECKING          @XXXXX@5523  (Continued)

                              Deposits
Date      Description                            Amount
          ID #-550592845
          TRACE #-124384879885263
 8/11     HCCLAIMPMT AARP Supplementa             48.35
          1362739571        08/11/20
          ID #-550592845
          TRACE #-124384870547155
 8/11     HCCLAIMPMT WISCONSIN PHYSIC            668.34
          3391268299        08/11/20
          ID #-510077
          TRACE #-031100202760157
 8/12     COMB. DEP. MERCH BANKCARD             106.50
          1470770502        08/12/20
          ID #-520003595097
          TRACE #-242071751372557
 8/12     HCCLAIMPMT UNITEDHEALTHCARE           492.46
          1411289245        08/12/20
          ID #-550592845
          TRACE #-124384872126272
 8/12     HCCLAIMPMT AETNA BETTER HE            543.70
          1423279217        08/12/20
          ID #-00231007
          TRACE #-111000021140112
 8/12     HCCLAIMPMT UNITEDHEALTHCARE         1,017.67
          1411289245        08/12/20
          ID #-550592845
          TRACE #-124384872281754
 8/12     HCCLAIMPMT COVENTRY HEALTHC         1,230.83
          1550712129        08/12/20
          ID #-00234553
          TRACE #-111000021273223
 8/12     HCCLAIMPMT HIGHMARK INC.            4,266.27
          1550624615        08/12/20
          ID #-1275528614
          TRACE #-043000260267079
 8/13     HCCLAIMPMT WISCONSIN PHYSIC         4,470.99
          3391268299        08/13/20
          ID #-510077
          TRACE #-031100202084566
 8/14     HCCLAIMPMT UNITED OF OMAHA             14.47
          1470322111        08/14/20
          ID #-H02200812550592
          TRACE #-041000129380723
 8/14     HCCLAIMPMT WISCONSIN PHYSIC         1,864.91
          3391268299        08/14/20
          ID #-510077
          TRACE #-031100205608322
 8/17     HCCLAIMPMT AETNA BETTER HE            660.48
          1423279217        08/17/20
```

```
                                          Date   8/31/20      Page    4

BASIC BUSINESS CHECKING            @XXXXX@5523  (Continued)

                             Deposits
Date      Description                          Amount
          ID #-00231007
          TRACE #-111000021042990
 8/17     HCCLAIMPMT UMR                       2,803.35
          1999999100         08/17/20
          ID #-550592845
          TRACE #-124384874901820
 8/18     HCCLAIMPMT WISCONSIN PHYSIC           273.10
          3391268299         08/18/20
          ID #-510077
          TRACE #-031100203960638
 8/18     ACH ITEMS  WILLIAMSON MEM             281.38
          1020550433         08/18/20
          ID #-
          TRACE #-042000018576687
 8/18     DDA REGULAR DEPOSIT                    757.32
 8/19     FUNDS PMT  UMWA 92 835                 20.14
          1521805437         08/19/20
          ID #-99771
          TRACE #-071000155475823
 8/19     HCCLAIMPMT AETNA BETTER HE           1,421.37
          1423279217         08/19/20
          ID #-00231007
          TRACE #-111000022625076
 8/19     HCCLAIMPMT WISCONSIN PHYSIC          1,785.95
          3391268299         08/19/20
          ID #-510077
          TRACE #-031100209557212
 8/19     HCCLAIMPMT UNITEDHEALTHCARE          6,206.67
          1411289245         08/19/20
          ID #-550592845
          TRACE #-124384877871760
 8/19     HCCLAIMPMT COVENTRY HEALTHC          7,741.64
          1550712129         08/19/20
          ID #-00234553
          TRACE #-111000022776072
 8/20       MISC PAY 36   TREAS 310             35.52
          9101036151         08/20/20
          ID #-550592845360012
          TRACE #-101036153103188
 8/20       MISC PAY 36   TREAS 310            168.12
          9101036151         08/20/20
          ID #-550592845360012
          TRACE #-101036153103187
 8/20     HCCLAIMPMT WISCONSIN PHYSIC           696.36
          3391268299         08/20/20
          ID #-510077
          TRACE #-031100203449944
 8/21     HCCLAIMPMT PALMETTO GBA               49.34
          9000000096         08/21/20
```

```
                                           Date   8/31/20      Page    5

BASIC BUSINESS CHECKING            @XXXXX@5523  (Continued)

                                 Deposits
Date      Description                              Amount
          ID #-1639122690
          TRACE #-031100207106708
  8/21    HCCLAIMPMT UNITED OF OMAHA                51.73
          1470322111         08/21/20
          ID #-H02200819550592
          TRACE #-041000127205512
  8/21    HCCLAIMPMT WISCONSIN PHYSIC              112.88
          3391268299         08/21/20
          ID #-510077
          TRACE #-031100207130073
  8/24    HCCLAIMPMT WISCONSIN PHYSIC               27.70
          3391268299         08/24/20
          ID #-510077
          TRACE #-031100200439334
  8/24    HCCLAIMPMT CHC WVA PPO CH&L              935.33
          1751296086         08/24/20
          ID #-1275528614
          TRACE #-021000026906864
  8/25    HCCLAIMPMT WVTREASURYPEIA                 20.31
          1556000814         08/25/20
          ID #-202008228265832
          TRACE #-042000017548312
  8/25    HCCLAIMPMT HUMANA GOVT BUSI               50.00
          2610647538         08/25/20
          ID #-2208949886
          TRACE #-111000027220231
  8/25    HCCLAIMPMT WISCONSIN PHYSIC            1,054.72
          3391268299         08/25/20
          ID #-510077
          TRACE #-031100205422375
  8/25    HCCLAIMPMT ANTHEM BLUE KY5C            2,527.93
          FA35214571         08/25/20
          ID #-3130707657
          TRACE #-111000029620506
  8/26    FUNDS PMT  UMWA 93 835                    81.40
          1521888497         08/26/20
          ID #-99771
          TRACE #-071000150303316
  8/26    HCCLAIMPMT HUMANA GOVT BUSI              109.00
          2610647538         08/26/20
          ID #-2208982058
          TRACE #-111000028596786
  8/26    HCCLAIMPMT AETNA BETTER HE               114.94
          1423279217         08/26/20
          ID #-00231007
          TRACE #-111000028553833
  8/26    HCCLAIMPMT HIGHMARK INC.                 351.34
          3550624615         08/26/20
```

```
                                            Date   8/31/20      Page    6

BASIC BUSINESS CHECKING            @XXXXX@5523  (Continued)

                              Deposits
Date       Description                            Amount
           ID #-1275528614
           TRACE #-043000260635353
 8/26      HCCLAIMPMT WISCONSIN PHYSIC             710.91
           3391268299        08/26/20
           ID #-510077
           TRACE #-031100200634921
 8/26      HCCLAIMPMT WVTREASURYREGMED           4,418.50
           1556000814        08/26/20
           ID #-1275528614
           TRACE #-042000016738047
 8/26      HCCLAIMPMT HIGHMARK INC.             5,602.98
           1550624615        08/26/20
           ID #-1275528614
           TRACE #-043000260644193
 8/26      HCCLAIMPMT COVENTRY HEALTHC          8,594.07
           1550712129        08/26/20
           ID #-00234553
           TRACE #-111000028679855
 8/27      ACH ITEMS   WILLIAMSON MEM              1.69
           1020550433        08/27/20
           ID #-
           TRACE #-042000011693081
 8/27      MISCELLANE TSYS/TRANSFIRST            250.00
           WFBTRANSF1        08/27/20
           ID #-543684555837529
           TRACE #-091000012589856
 8/27      HCCLAIMPMT AARP Supplementa           446.33
           1362739571        08/27/20
           ID #-550592845
           TRACE #-124384874689766
 8/28      HCCLAIMPMT WISCONSIN PHYSIC           163.98
           3391268299        08/28/20
           ID #-510077
           TRACE #-031100208740984
 8/31      HCCLAIMPMT AARP Supplementa            40.40
           1362739571        08/31/20
           ID #-550592845
           TRACE #-124384876561041
 8/31      HCCLAIMPMT WISCONSIN PHYSIC           237.94
           3391268299        08/31/20
           ID #-510077
           TRACE #-031100202300795
 8/31      HCCLAIMPMT CHC WVA PPO CH&L           405.99
           1751296086        08/31/20
           ID #-1275528614
           TRACE #-021000027361101
 8/31      HCCLAIMPMT AETNA BETTER HE          1,331.00
           1423279217        08/31/20
```

```
                                               Date   8/31/20     Page    7

BASIC BUSINESS CHECKING              @XXXXX@5523  (Continued)

                            Deposits
Date       Description                               Amount
           ID #-00231007
           TRACE #-111000028503269

--------------------------------------------------------------------------------


                            Withdrawals
Date       Description                               Amount
 8/05      RETURN ITEM DEBIT                          82.59
 8/05      RETURN ITEM FEE DEBIT                       5.00
 8/05      BILLNG    MERCH BANKCARD                     .56
           1470770502      08/05/20
           ID #-520003595097
           TRACE #-242071759136886
 8/05      WEBPAYMENT GATEWAY SERVICES                 6.10
           3383693141      08/05/20
           ID #-
           TRACE #-091000017175436
 8/07      PITNEY3    PITNEY BOWES                     78.00
           3841386389      08/07/20
           ID #-800090001160412
           TRACE #-043000262472601
 8/12      TELEPHONE TRANSFER FEE                      3.00
 8/12      Transfer-loretta                        8,000.00
             10015523D-    10015531D
 8/17      INSURANCE   RLI INSURANCE                 100.00
           0000005325      08/17/20
           ID #-5280394
           TRACE #-021000022419072
 8/17      8666474733 SHRED-IT USA LLC               699.56
           5363640402      08/17/20
           ID #-2LN96B6BNJAWHR3
           TRACE #-091000010126873
 8/24      MISCELLANE TSYS/TRANSFIRST                250.00
           WFBTRANSF1      08/24/20
           ID #-543684555837529
           TRACE #-091000010165389
 8/24      WEB PAY    ABILITY                      5,197.04
           2411973195      08/24/20
           ID #-38616
           TRACE #-091000017851256
 8/26      TELEPHONE TRANSFER FEE                      3.00
 8/26      Transfer                                8,000.00
             10015523D-    10015531D
 8/31      NET SERVICE CHARGE                          5.00
 8/31      MAINTENANCE FEE                            15.00-
 8/31       BALANCE CREDIT/ADJ. IN S/C                10.00-

--------------------------------------------------------------------------------
```

```
                                            Date   8/31/20      Page    8

BASIC BUSINESS CHECKING              @XXXXX@5523   (Continued)

                        Summary By Check Number
Date      Check No.              Amount
 8/05                         100,005.00
  *Indicates Break In Check Number Sequence

--------------------------------------------------------------------------------

                        Daily Balance Information
Date        Balance        Date        Balance        Date        Balance
 8/01     230,247.91       8/12      161,331.99       8/24     185,464.14
 8/03     234,574.01       8/13      165,802.98       8/25     189,117.10
 8/04     239,190.58       8/14      167,682.36       8/26     201,097.24
 8/05     153,072.64       8/17      170,346.63       8/27     201,795.26
 8/06     158,870.88       8/18      171,658.43       8/28     201,959.24
 8/07     159,274.28       8/19      188,834.20       8/31     203,969.57
 8/10     160,960.87       8/20      189,734.20
 8/11     161,677.56       8/21      189,948.15

          Ask us about our mobile app!

BASIC BUSINESS CHECKING                  Number of Enclosures              0
Account Number          @XXXXX@5531      Statement Dates  8/01/20 thru  8/31/20
Previous Balance          14,135.04      Days This Statement Period       31
   2 Deposits             16,000.00      Average Balance              12,480
   4 Debits/Charges           23.00      Average Collected            12,480
   8 Electronic Items     18,431.88
Service Charge                 5.00
Interest Paid                   .00
Current Balance           11,675.16


--------------------------------------------------------------------------------

                              Deposits
Date       Description                          Amount
 8/12      Transfer-loretta                   8,000.00
           10015523D-   10015531D
 8/26      Transfer                           8,000.00
           10015523D-   10015531D

--------------------------------------------------------------------------------

                              Withdrawals
Date       Description                          Amount
 8/03      USATAXPYMT IRS                      2,041.08
           3387702000        08/03/20
           ID #-270061605285724
           TRACE #-061036010008060
 8/06      KY TaxPmnt Dept of Revenue           306.60
           1522077581        08/06/20
```

```
                                                Date    8/31/20       Page    9

BASIC BUSINESS CHECKING              @XXXXX@5531   (Continued)

                                   Withdrawals
Date          Description                                   Amount
              ID #-502-875-3733
              TRACE #-096016930728775
 8/12         REG SALARY WILLIAMSON MEMO                   5,525.85
              55-0592845          08/12/20
              ID #-
              TRACE #-000000000000001
 8/13         PAYROLL PROCESSING                               1.50
 8/13         PAYROLL PROCESSING                              10.00
 8/14         WVTAXPAYPB WVTREASURY                          791.00
              1556000814          08/14/20
              ID #-STO2090340352
              TRACE #-042000011406646
 8/17         USATAXPYMT IRS                               2,044.10
              3387702000          08/17/20
              ID #-270063091115613
              TRACE #-061036010010859
 8/24         KY TaxPmnt Dept of Revenue                    153.30
              1522077581          08/24/20
              ID #-502-875-3733
              TRACE #-096016931180887
 8/26         ACH PROCESSING FEE                              1.50
 8/26         ACH ORIGINATION FEE                            10.00
 8/26         REG SALARY WILLIAMSON MEMO                   5,525.85
              55-0592845          08/26/20
              ID #-
              TRACE #-000000000000001
 8/31         USATAXPYMT IRS                               2,044.10
              3387702000          08/31/20
              ID #-270064460799768
              TRACE #-061036010004469
 8/31         NET SERVICE CHARGE                             5.00
 8/31         MAINTENANCE FEE                               15.00-
 8/31          BALANCE CREDIT/ADJ. IN S/C                   10.00-

-------------------------------------------------------------------------------

                         Daily Balance Information
Date          Balance      Date        Balance       Date          Balance
8/01        14,135.04      8/13      14,250.01       8/26        13,724.26
8/03        12,093.96      8/14      13,459.01       8/31        11,675.16
8/06        11,787.36      8/17      11,414.91
8/12        14,261.51      8/24      11,261.61
```

# Community Trust Bank, Inc.

P.O. Box 2947 • Pikeville, KY 41502-2947
Telephone: 800-282-7762

**Statement of Account**

Last statement: August 10, 2020
This statement: September 14, 2020

4004059905      Page 1 of 1

**Temp-Return Service Requested**

Direct inquiries to:
606 237-6050

Community Trust Bank, Inc.
28160 US Highway 119
South Williamson KY 41503-3916

000230 0.6200 AV 0.389      TR00001
WILLIAMSON MEMORIAL HOSPITAL LLC
PKCB      PO BOX 1980
WILLIAMSON WV 25661-1980

1

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| CHECKING | 4004059905 | $242,164.21 |

## CHECKING 4004059905

1 Enclosure

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 08-10 | Beginning balance | | | $230,700.00 |
| 08-14 | #Deposit 524013 | 709.96 | | 231,409.96 |
| 08-20 | #Deposit 524013 | 6,802.38 | | 238,212.34 |
| 08-21 | Debit Memo | | -57.50 | 238,154.84 |
| | LOCKBOX MONTHLY | | | |
| | SERVICE CHARGES | | | |
| | FOR JULY 2020 | | | |
| 08-24 | #Deposit 524013 | 10.57 | | 238,165.41 |
| 08-27 | #Deposit 524013 | 432.53 | | 238,597.94 |
| 09-01 | #Deposit 524013 | 307.57 | | 238,905.51 |
| 09-01 | #Maintenance Fee | | -0.16 | 238,905.35 |
| | ANALYSIS ACTIVITY | | | |
| | FOR 08/20 | | | |
| 09-03 | #Deposit 524013 | 1,126.22 | | 240,031.57 |
| 09-11 | #Deposit 524013 | 2,132.64 | | 242,164.21 |
| **09-14** | **Ending totals** | **11,521.87** | **-57.66** | **$242,164.21** |

PKCB-002-000230-001-001-200915 000230 K07
2566119808





Account   4004059905



IMAGE NOT AVAILABLE. TO OBTAIN COPY
OF CHECK PLEASE CALL 1-800-282-7762

8/21/2020  Amount  $57.50



PKCB-002-000230-001-001-200915 000230  K07